In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00102-CV**
_____

**GAVIN WILBUR WEST, Appellant**

**V.**

**AMY MICHELLE PAUL, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-01-00417**

**MEMORANDUM OPINION**

On March 20, 2025, Gavin Wilbur West filed a notice of appeal from a final order signed on February 20, 2025, from the 457th District Court. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter dated May 5, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter and Bill of Costs previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We warned Appellant in our letter dated May

1

5, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Tuesday, May 20, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

On April 23, 2025, the District Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. We notified the parties that Appellant had not established indigent status, and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that he had made the arrangements required to pay the fee or that he needed more time to do so. *See id.* 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Appellant has not paid the filing fee for the appeal, nor has he explained why he has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id.* 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 18, 2025
Opinion Delivered June 19, 2025

Before Golemon, C.J., Wright and Chambers, JJ.

2